

# Fourth Court of Appeals
## San Antonio, Texas

November 7, 2019

No. 04-19-00097-CV

Laura Zamora **BERINGER**,
Appellant

v.

Michael **BERINGER**,
Appellee

From the County Court at Law No 1, Webb County, Texas
Trial Court No. 2017FLB001191C1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Appellant's brief was filed on September 27, 2019. Therefore, appellee's brief was due to be filed on October 28, 2019. Neither a motion for extension of time nor appellee's brief has been filed. It is therefore ORDERED that appellee show cause in writing *within fifteen days* from the date of this order why this appeal should not be set at issue. If appellee fails to respond, this appeal will be set at issue without an appellee's brief.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of November, 2019.

_____
Michael A. Cruz,
Clerk of Court